UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
SAVINO DEL BENE U.S.A., INC.,                  :
                                               :
                                    Plaintiff  :    **ORDER**
                                               :
       -against-                               :
                                               :    21 Civ. 6782 (AKH)
MINAGREX CORPORATION,                          :
                                               :
                                    Defendant. :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A status conference was held. Plaintiff shall file its motion for summary judgment under Fed. R. Civ. P. 56 by March 18, 2022; the opposition shall be filed by April 1, 2022; and, the reply shall be filed by April 8, 2022.

        SO ORDERED.

Dated:   February 25, 2022              _____/s/ Alvin K. Hellerstein_____
         New York, NY                          ALVIN K. HELLERSTEIN
                                            United States District Court Judge

1