UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE U.S.A., INC.,

                Plaintiff,

-v-

MINAGREX CORPORATION, doing business as MGX and MGX Stone,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 6782 (AKH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has been informed that the parties have agreed to proceed before a Magistrate Judge for all purposes. Accordingly, the parties shall promptly sign a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (the "Form"), and file the signed Form for the attention of the Honorable Alvin K. Hellerstein and in accordance with S.D.N.Y. ECF Rule 13.27. A copy of the Form can be found on the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

Dated:     New York, New York
            June 7, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge