UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE U.S.A., INC.,

                Plaintiff,

-v-

MINAGREX CORPORATION, doing business as MGX and MGX Stone,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 6782 (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 8, 2022, the Court ordered that, by June 10, 2022, the parties shall order transcripts (the "Transcripts") of the May 20, 2022 and June 2, 2022 hearings before the Honorable Alvin K. Hellerstein. (ECF No. 31). To date, however, the Transcripts have not been filed on the docket. Accordingly, by **July 11, 2022**, the parties shall file a letter confirming that they have ordered the Transcripts.

Dated:        New York, New York
                July 8, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge