UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE U.S.A., INC.,

                Plaintiff,

-v-

MINAGREX CORPORATION, doing business as MGX and MGX Stone,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 6782 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 6, 2022, Defendant Minagrex Corporation filed a voluntary petition for bankruptcy under Chapter 7 of the U.S. Bankruptcy Code (the "Bankruptcy") in the U.S. Bankruptcy Court for the Northern District of Texas.  (See ECF No. 36).  Defendant is entitled to an automatic stay of "the commencement or continuation . . . of a judicial . . . proceeding against the debtor that was . . . commenced before" the Bankruptcy.  11 U.S.C. § 362(a)(1).  Accordingly, pursuant to the telephone conference held today, July 19, 2022, the Court orders as follows:

1. This action is STAYED pending resolution of the Bankruptcy; and

2. By **October 17, 2022 and every 90 days thereafter**, the parties shall file a joint letter reporting on the status of the Bankruptcy.

Dated:       New York, New York
                 July 19, 2022

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            United States Magistrate Judge