UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE U.S.A., INC.,

                Plaintiff,

-v-

MINAGREX CORPORATION, doing business as MGX and MGX Stone,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 6782 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      On July 6, 2022, Defendant Minagrex Corporation filed a voluntary petition for bankruptcy under Chapter 7 of the U.S. Bankruptcy Code (the "Bankruptcy") in the U.S. Bankruptcy Court for the Northern District of Texas.  (See ECF No. 36).  On July 19, 2022, the Court (i) stayed this action pursuant to 11 U.S.C. § 362(a)(1), and (ii) directed the parties to file a joint letter (the "Letter") reporting on the status of the Bankruptcy by October 17, 2022 and every 90 days thereafter. (ECF No. 37 (the "July 19 Order")).  The parties failed, however, to file the Letter in compliance with the July 19 Order.  As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **October 19, 2022**.

Dated:       New York, New York
              October 18, 2022

                                        SO ORDERED.

                                        _/s/ Sarah L. Cave_
                                        SARAH L. CAVE
                                        United States Magistrate Judge