

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2232
Direct Fax: 718 425-9625

Zkaplan@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
Luigi Brandimarte*

Joseph Badalov
James R. Baez*
Alexander Berger*
Boris Bernstein*
Eric S. Cantor
Joanne Ciaramella
David A. Craven
Alex Diaz
Kurt A. Doiran
Zachary S. Kaplan
Ronald. B Groman
Michelle Jablonski
James Y. Kim
Joseph Katz
Elliot L. Lewis
Patricia R. Lynch
Albert R. Matuza, Jr.
Russel T. McHugh
Lamont K. Rodgers
Richard E. Schirmer
Morris J. Schlaf
David E. Silverman
Cindy S. Simms
Michael A. Simon
U. William Sung
Michael S. Warycha
Dana M. Whitfield
James A. Wolff

* Also admitted in New Jersey

Bayside Office:

42-40 Bell Boulevard
Suite 301
Bayside, NY 11361

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> By **Thursday, March 30, 2023**, Defendant Minagrex Corporation shall file a status letter reporting on the status of its bankruptcy proceedings.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 46 and 47.
>
> SO ORDERED 03/16/23
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re: Case 1:21-cv-06782-SLC
Savino Del Bene U.S.A., Inc. v. Minagrex Corporation

Dear Honorable Judge Cave:

This office represents the defendant in the above referenced case. Defendant, Minagrex Corporation.

This letter is in follow up to our prior letter response.

This afternoon, we were just able communicate with our client's outside general counsel at the law firm Scheef & Stone, of Frisco, TX who is further communicating with Minagrex's corporate officers and its bankruptcy counsel.

We therefore await additional information and direction from Mianagrex's bankruptcy counsel with regard to any discontinuance and the bankruptcy stay which impacts this case.

Thank you for your time and attention to this matter.

Very truly yours,
SACCO & FILLAS, LLP

/s/ Zachary S. Kaplan
Zachary S. Kaplan, Esq.